RONALD L. HOFFBAUER, 006888
P.O. BOX 10434
PHOENIX, AZ 85064
(602) 277-3776 x205
Fax:(602)277-4103
ronh@maney13trustee.com
Attorney for Edward J. Maney,
    Chapter 13 Trustee

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | No. 2:09-bk-22479 CGC |
| JAMES S. CARD, | Chapter 13 |
| SSN: XXX-XX-0999 | |
| | TRUSTEE'S OBJECTION TO |
| | PROPERTY CLAIMED EXEMPT |
| | ON SCHEDULE C |
| Debtor. | |

Comes now Edward J. Maney, Chapter 13 Trustee assigned to administer this case, by and through Counsel Undersigned, and pursuant to Bankruptcy Rule 4003(b) objects to the following claimed exemptions shown on Schedule C:

Property:               2343 E. Riverdale Circle, Mesa, AZ
Exemption Law:          A.R.S. §33-1101(A)
Value Exempt:           $ 0.00

As grounds for objection, the Trustee states that:

   A.R.S. §33-1101 provides that a debtor may claim an exemption for a homestead not to exceed $150,000.00. The Debtor lists the value of the real property as unknown and lists an exemption amount of $ 0.00. Since Debtor does not list a value of the property and does not set forth an amount for the amount being claimed, the Trustee objects to the entire claim of exemption.

Property:               3423 E. Angela Drove, Phoenix, AZ
Exemption Law:          A.R.S. §33-1101(A)
Value Exempt:           $ 0.00

As grounds for objection, the Trustee states that:

   A.R.S. §33-1101 provides that a debtor may claim an exemption for a homestead not to exceed $150,000.00. In order to claim a homestead, the Debtor must reside in the real property on the date that the

petition is filed. Since Debtor did not reside in the property, the Trustee objects to the entire claim of exemption.

Property:                          Ring
Exemption Law:                     A.R.S. §33-1125(4)
Value Exempt:                      $100.00

As grounds for objection, the Trustee states that:

> A.R.S. §33-1125(4) provides an exemption for engagement and wedding rings not in excess of an aggregate fair market value of $1,000.00. The generic description given as ring does not disclose what type of ring is being claimed as exempt. Therefore, the Trustee objects to the entire claim of exemption.

Wherefore, the Trustee requests that an Order be entered denying the Debtor's claim of exemptions as set forth above for the reasons set forth herein.

Dated as set forth on the electronic signature affixed hereto.

                                   _____
                                   Ronald L. Hoffbauer
                                   Staff Attorney for Edward J. Maney

The original filed and a copy of
the foregoing mailed on the 30th day
of December, 2009:

Joseph W. Charles, Esq.
P.O. Box 1737
Glendale, AZ 85311
Attorney for Debtors

and a copy hand delivered to:

U.S. Trustee
230 N. First Avenue
Suite 204
Phoenix, AZ 85003-1706


by__ /s/ Ronald L. Hoffbauer__
c:\ron\pleadings\cardobttoexempt

-2-
Case 2:09-bk-22479-CGC    Doc 25    Filed 12/30/09    Entered 12/30/09 11:23:50    Desc
                         Main Document       Page 2 of 2