JOSEPH W. CHARLES, P.C.
5704 West Palmaire Avenue
P.O. Box 1737
Glendale, Arizona 85311-1737
623-939-6546
Joseph W. Charles, # 003038
Attorney for Debtor
Email: attyjcharles@joecharles.com

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| In re: | ) | Chapter 13 |
| JAMES S. CARD, | ) | Case No. 2:09-bk-22479 CGC |
| | ) | DEBTOR'S RESPONSE TO TRUSTEE'S OBECTION TO |
| Debtor. | ) | PROPERTY CLAIMED EXEMPT |

  Comes now the Debtor, by and through Counsel Undersigned, and responds to Trustee's objections to Debtor's claimed exemptions on Schedule C.

Property:           2343 E. Riverdale Circle, Mesa, AZ
Exemption Law:        A.R.S. §33-1101(A)
Value Exempt:         $0.00

Debtor responds that:

  This property is the residence of debtors. As such, it would normally be used for the homestead exemption. However, because there is no equity in the home the exemption is withdrawn and the schedules are amended to reflect this fact.

Property:           3423 E. Angela Drove, Phoenix, AZ
Exemption Law:        A.R.S. §33-1101(A)
Value Exempt:        $0.00

Debtor responds that:

  The homestead exemption is only valid on the primary residence. Because this home is not the primary residence, it does not qualify and the schedules will be amended to reflect this fact.

| | |
|---|---|
| Property | Ring |
| Exemption Law: | A.R.S. §33-1125(4) |

Debtor responds that:
    The ring in question is in fact a wedding/engagement ring. The schedules lacked this specific designation and have been amended to reflect the change.

DATED this 13th day of January, 2010.

JOSEPH W. CHARLES, P.C.

___/s/ Joseph W. Charles___
Joseph W. Charles
5704 W. Palmaire Avenue
P.O. Box 1737
Glendale, AZ 85311
Attorney for Debtors

COPY of the foregoing
Mailed this 13th day of
January 2010, to:

RONALD L. HOFFBAUER, 006888
P.O. Box 10434
Phoenix, AZ 85064-0434
Chapter 13 Trustee

____/s/__ C. Short_____