| | |
|---|---|
| 1 | DAVID E. McALLISTER (AZ BN 021551) |
| | JOSEPHINE E. PIRANIO (AZ BN 020630) |
| 2 | BRIAN A. PAINO (AZ BN 027091) |
| | PITE DUNCAN, LLP |
| 3 | 4375 Jutland Drive, Suite 200 |
| | P.O. Box 17933 |
| 4 | San Diego, CA 92177-0933 |
| | Telephone: (858) 750-7600 |
| 5 | Facsimile: (619) 590-1385 |
| | kshelton@piteduncan.com |

Attorneys for WELLS FARGO BANK, N.A., SUCCESSOR BY MERGER TO WELLS FARGO BANK SOUTHWEST, N.A. FORMERLY KNOWN AS WACHVOIA MORTGAGE, FSB, FORMERLY KNOWN AS WORLD SAVINGS BANK, FSB

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF ARIZONA - PHOENIX DIVISION

| | |
|---|---|
| In re | Case No. 2:09-bk-22479-CGC |
| JAMES S CARD, | Chapter 13 |
| Debtor(s). | |
| WELLS FARGO BANK, N.A., SUCCESSOR BY MERGER TO WELLS FARGO BANK SOUTHWEST, N.A. FORMERLY KNOWN AS WACHVOIA MORTGAGE, FSB, FORMERLY KNOWN AS WORLD SAVINGS BANK, FSB, | CERTIFICATION OF COMPLIANCE WITH LOCAL BANKRUPTCY RULE 4001-1(b) |
| Movant, | |
| vs. | |
| JAMES S CARD, Debtor(s); and EDWARD J. MANEY, Chapter 13 Trustee, | |
| Respondents. | |

STATE OF CALIFORNIA )
                         ) ss.
County of San Diego   )

I, Josephine E. Piranio, being first duly sworn upon oath, depose and say:

I am an associate attorney employed at the law firm of Pite Duncan, LLP, counsel for Movant, Wells Fargo Bank, N.A., successor by merger to Wells Fargo Bank Southwest, N.A. formerly known as Wachvoia Mortgage, FSB, formerly known as World Savings Bank, FSB, in the

- 1 -

above-captioned proceeding. I am a citizen of the United States over the age of eighteen years, and am otherwise competent to testify to the matters stated herein. I make this certification to satisfy the requirements of Local Rule 4001-1(b).

I certify that a Meet and Confer letter in compliance with Local Bankruptcy Rule 4001-1(b) was sent to the Debtor's attorney of record, Joseph W. Charles, via facsimile on March 17, 2010. As of the date of this Certification, Movant has been unable to resolve this matter with the Debtor. A true and correct copy of the Meet and Confer letter and the facsimile transmission sheet is attached hereto collectively as exhibit A and incorporated herein by reference.

Dated: March 25, 2010     PITE DUNCAN, LLP

JES 020630
JOSEPHINE E. PIRANIO
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933
Telephone: (858) 750-7600
Facsimile: (619) 590-1385


**PITE DUNCAN LLP**

**San Diego**

Steven W. Pite *CA/NV/WA*
John D. Duncan *CA/TX/WA*
Peter J. Salmon
*CA/ID/UT/WA*
David E. McAllister
*AZ/CA/HI/OR/UT/WA*

Rochelle L. Stanford
*AZ/CA/OR/WA*
Josephine E. Salmon
*AK/AZ/CA/NY*
Laurel I. Handley
*AZ/CA/ID/NV*
Daniel R. Gamez *CA/TX*
Eddie R. Jimenez *CA/NV/TX*
Susan L. Petit *AK/CA/WA*
Douglas A. Toleno *AZ/CA*
Cuong M. Nguyen *CA/NV*
Casper J. Rankin *CA/OR*
Charles A. Correia *CA*
Melodie A. Whitson *CA/WA*
Brian A. Paino *AZ/CA/TX/VA*
Christopher M. McDermott *CA*
Jillian A. Benbow *CA*
Thomas N. Abbott *CA*
Tracy D. Fink *TX*
Drew A. Callahan *CA*
Natalie T. Nguyen *CA*
Caroline M. Robert *CA*
Genail M. Anderson *CA*
Ellen Cha *CA/MN*
Erin L. Laney *CA*
Angela M. Fontanini *CA*
Jacque A. Gruber *CA/NV*
John B. Acierno *CA*
William L. Partridge *CA*
Christopher L. Peterson *CA*
Katie L. Johnson *CA*
Jason W. Short *CA*
Jason L. Eliaser *CA*
Heather Hudson *CA/NV*
Joseph C. Delmotte *CA*
Gabriel Ozel *CA/NY/TX*
Balpreet K. Thiara *CA*
Stefanie A. Schiff *CA*
Anne W. Hamann *CA*
Paul Oudom *CA*

*Mailing - Bankruptcy*
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933

*Mailing - Eviction*
4375 Jutland Drive, Suite 200
P.O. Box 17934
San Diego, CA 92177-0934

Ph.: (858) 750-7600
Fax: (619) 590-1385

**Orange County**
Elana J. Moeder *CA*
Bryan T. Brown *CO/TX*
Michael J. Fox *CA*

1820 E. First St., Ste. 420
Santa Ana, CA 92705
Ph: (714) 285-2633
Fax: (714) 285-2668

**Arizona Office**
Christina M. Harper
Kyle J. Shelton
Charles L. Firestein
Phoenix, AZ

**Hawaii Office**
David B. Rosen
Honolulu, HI

**Nevada Office**
Gregg A. Hubley
Ace C. Van Patten
Christina S. Bhirud
Las Vegas, NV

**Texas Office**
Claire A. Mock
William P. Weaver, Jr.
San Antonio, TX

**Washington Office**
Jesse Baker *OR/WA*
Seattle, WA

March 17, 2010

**VIA FACSIMILE (623) 939-6718**
Joseph W. Charles
Law Offices of Joseph W. Charles, P.C.
P.O. Box 1737
Glendale, AZ 85311-1737

Re:    In re Card, James S
       Bankruptcy Case No.: 2:09-bk-22479-CGC
       Notice of Default/Intent to File Motion for Relief From Automatic Stay
       Loan No.: 0047166715
       Property Address: 2343 E Riverdale Cir, Mesa, AZ 85213
       Our Client: Wachovia Bank, NA
       Our File No.: 000008-020300-M

Dear Mr. Charles:

This is an attempt to meet and confer regarding the above-referenced loan. Please be advised that our firm has been retained by Wachovia Bank, NA the beneficiary and/or authorized loan servicing agent for the beneficiary of the Note and Deed of Trust encumbering the above-referenced property.

This notice is sent pursuant to Bankruptcy Local Rule 4001-1(b) to inform you that the above-referenced account is post-petition due for September 15th, 2009, and the post-petition arrears are in the amount of $11,973.41.

Please contact our office to arrange payment of the above arrears, an Adequate Protection Order, or other resolution of the default. Please note that absent a written resolution of the matter within five (5) business days of the date of this letter, our office will immediately file a Motion for Relief From Automatic Stay. Please note that payment should be in certified funds and sent to:

               Monica Mora
              Pite Duncan, LLP
      4375 Jutland Drive, Suite 200
             P.O. Box 17933
       San Diego, CA 92177-0933

Of course, once a Motion is filed, our office may still be willing to attempt an amicable resolution of this matter in order to avoid a hearing.

If you have any questions in regard to this matter, please contact our office at (858) 750-7600.

Very truly yours,

*Carlos R. Guzman*

Carlos R. Guzman

CRG

**EXHIBIT A**

Attorneys licensed to practice in Alaska, Arizona, California, Hawaii
Idaho, Nevada, New York, Oregon, Texas, Utah and Washington
See above or visit www.piteduncan.com re individual attorney admissions.

```
*********************************************************************
*                                                          P.01      *
*            TRANSACTION REPORT                                       *
*            ─────────────────                MAR-17-2010 WED 08:33 AM*
*                                                                     *
*   FOR: PGA/TORREY PINES        858 535 9904                         *
*─────────────────────────────────────────────────────────────────────*
*   SEND                                                              *
*   DATE  START    RECEIVER        TX TIME  PAGES TYPE  NOTE   M# DP  *
*─────────────────────────────────────────────────────────────────────*
*   MAR-17 08:32 AM 616239396718    26"      1   FAX TX  OK      567  *
*─────────────────────────────────────────────────────────────────────*
*                                                                     *
*                         TOTAL :      26S  PAGES:   1                *
*                                                                     *
*********************************************************************
```

# PITE DUNCAN LLP
*San Diego*

Steven W. Pite CA/NV/WA
John D. Duncan CA/TX/WA
Peter J. Salmon
CA/ID/UT/WA
David E. McAllister
AZ/CA/HI/OR/UT/WA

Rochelle L. Stanford
AZ/CA/OR/WA
Josephine E. Salmon
AK/AZ/CA/NY
Laurel I. Handley
AZ/CA/ID/NV
Daniel R. Gamez CA/TX
Eddie R. Jimenez CA/NV/TX
Susan L. Petit AK/CA/WA
Douglas A. Toleno AZ/CA
Cuong M. Nguyen CA/NV
Casper J. Rankin CA/OR
Charles A. Correia CA
Melodie A. Whitson CA/WA
Brian A. Paino AZ/CA/TX/WA
Christopher M. McDermott CA
Jillian A. Benbow CA
Thomas N. Abbott CA
Tracy D. Fink TX
Drew A. Callahan CA
Natalie T. Nguyen CA
Caroline M. Robert CA
Genail M. Anderson CA
Ellen Chu CA/MN
Erin L. Laney CA
Angela M. Fontanini CA
Jacque A. Gruber CA/NV
John B. Acierno CA
William L. Partridge CA
Christopher L. Peterson CA
Katie L. Johnson CA
Jason W. Short CA
Jaxon L. Elinser CA
Heather Hudson CA/NV
Joseph C. Delmotte CA
Gabriel Ozel CA/NY/TX
Balpreet K. Thiara CA
Stefanie A. Schiff CA
Anne W. Hamann CA
Paul Oudom CA

Mailing – Bankruptcy
1375 Jutland Drive, Suite 200
P.O. Box 17933

March 17, 2010

**VIA FACSIMILE (623) 939-6718**
Joseph W. Charles
Law Offices of Joseph W. Charles, P.C.
P.O. Box 1737
Glendale, AZ 85311-1737

Re:  In re Card, James S
     Bankruptcy Case No.: 2:09-bk-22479-CGC
     Notice of Default/Intent to File Motion for Relief From Automatic Stay
     Loan No.: 0047166715
     Property Address: 2343 E Riverdale Cir, Mesa, AZ 85213
     Our Client: Wachovia Bank, NA
     Our File No.: 000008-020300-M

Dear Mr. Charles:

This is an attempt to meet and confer regarding the above-referenced loan. Please be advised that our firm has been retained by Wachovia Bank, NA the beneficiary and/or authorized loan servicing agent for the beneficiary of the Note and Deed of Trust encumbering the above-referenced property.

This notice is sent pursuant to Bankruptcy Local Rule 4001-1(b) to inform you that the above-referenced account is post-petition due for September 15th, 2009, and the post-petition arrears are in the amount of $11,973.41.

Please contact our office to arrange payment of the above arrears, an Adequate Protection Order, or