**JOSEPH W. CHARLES, P.C.**
5704 West Palmaire Avenue
P.O. Box 1737
Glendale, Arizona 85311-1737
Phone: (623) 939-6546
Fax:     (623) 939-6718
LawOffice@Joecharles.com

JOSEPH W. CHARLES
State Bar No. 003038
Attorney for Debtor

# IN THE UNITED STATES BANKRUPTCY COURT

# DISTRICT OF ARIZONA, PHOENIX DIVISION

| | |
|---|---|
| In re:<br><br>JAMES S CARD,<br><br>               Debtor.<br><br>WELLS FARGO BANK, N.A., SUCCESSOR BY MERGER TO WELLS FARGO BANK SOUTHWEST, N.A. FORMERLY KNOWN AS WACHOVIA MORTGAGE, FSB, FORMERLY KNOWN AS WORLD SAVINGS BANK, FSB<br><br>               Movant,<br><br>vs.<br><br>JAMES S CARD, Debtors;<br>and EDWARD J. MANEY, Trustee,<br><br>               Respondents. | Case No. 2:09-bk-22479-CGC<br><br>Chapter 13<br><br><br><br><br><br><br><br>RESPONSE TO MOTION FOR RELIEF FROM AUTOMATIC STAY<br><br>RE: Real Property Located at 2343 E Riverdale Circle Mesa, AZ 85213 |

COMES NOW the debtor, JAMES S CARD, by and through counsel undersigned, and hereby responds and objects to Movant WELLS FARGO BANK, N.A., SUCCESSOR BY MERGER TO WELLS FARGO BANK SOUTHWEST, N.A. FORMERLY KNOWN AS WACHOVIA MORTGAGE, FSB, FORMERLY KNOWN AS WORLD SAVINGS BANK, FSB's Motion for Relief from the Automatic Stay as follows:

1. Movant's motion fails to follow Bankruptcy rule 4001-1(a) which states, "the caption shall contain a brief description of the property";

2. The note and Deed of Trust are in the name of World Savings Bank. Although Movant's caption suggests that World Savings Bank was acquired by Movant, the Motion does not expressly state that it was. Nor does Movant provide any documentation to the Court to demonstrate that this series of acquisitions/name changes occurred.

A litigant must have both constitutional standing and prudential standing for a federal court to have jurisdiction to hear the case. <u>Elk Grove Unified Sch. Dist. V. Newdow</u>, 542 U.S. 1, 11 (2004). Constitutional standing requires an injury be fairly traceable to the defendant's allegedly unlawful conduct and likely to be redressed by the requested relief. <u>United Food & Drug Commercial Workers Union Local 751 v. Brown Group, Inc.</u>, 517 U.S. 544, 551 (1996). For prudential standing, the litigant must assert its own legal rights and interests, <u>Oregon v. Legal Servs. Corp.</u>, 552 F.3d 965, 971 (9th Cir. 2009).

Also, an action must be prosecuted by the real party in interest. Fed. R. Civ. P. Rule 17(a)1. The holder of the note is the only entity entitled to enforce it. A.R.S. § 47-3301. The holder is defined as "the person in possession of a negotiable instrument that is payable either to bearer or to an identified person that is the person in possession." A.R.S § 47-1201(B)(21)(a).

Movant has not provided a scintilla of evidence that they came to be the holder of the note. On the contrary, from the documents provided to the Court it appears that World Savings Bank is the holder of the note. Therefore, Movant is not the real party in interest and does not have standing to bring this action;

3. Movant calculates that there is $33,837.07 in equity and then comes to the conclusion that "…there is little to no equity in the Real Property to be realized by the Debtor or the bankruptcy estate." Debtor believes that $33,837.07 is a significant amount of equity. This is particularly true here where it would be a significant percentage of the remaining debt owed; and

4. The property is necessary for a successful reorganization. The home is the Debtor's primary residence.

Debtors respectfully requests that the Movant's Motion for Relief from the Automatic Stay be denied.

RESPECTFULLY SUBMITTED this 13th day of April, 2010.

           JOSEPH W. CHARLES, P.C.

           By /s/ Joseph W. Charles
            JOSEPH W. CHARLES
            5704 W. Palmaire Avenue
            P.O. Box 1737
            Glendale, Arizona 85311
            Attorney for Debtors

COPY of the foregoing mailed this 13th day of April, 2010, to:

Josephine E. Piranio
PITE DUNCAN, LLP
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933
Attorney for Movant

Edward J. Maney
P.O. Box 10434
Trustee

By: /s/ C. Short

4