Edward J. Maney, Trustee
P. O. Box 10434
Phoenix, AZ 85064
Telephone (602) 277-3776
Fax No. (602) 277-4103
ejm@maney13trustee.com

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: ) | CHAPTER 13 BANKRUPTCY |
| ) | |
| JAMES R. CARD ) | CASE NO. 2-09-bk-22479-CGC |
| xxx-xx-0999 ) | |
| ) | TRUSTEE'S OBJECTION TO DEBTOR'S |
| ) | MOTION TO EXTEND TIME |
| Debtor(s) ) | |

      Edward J. Maney, Trustee of the above-referenced case, respectfully objects to Debtor's request for Additional Time to Comply with the Trustee's Recommendation. Most of the documentation which was requested in the Recommendation was documentation which was requested at the beginning of the case. The Trustee has contacted the Arizona Department of Revenue and was advised that the Debtor has still not resolved the unfiled 2006 and 2008 state tax returns. In accordance to the Code, Debtor is to be current with filing tax returns when the case is filed. Debtor has been provided more than sufficient time to resolve all issues in the Recommendation and resolve the unfiled tax returns. Debtor has not been making his Plan payments and is currently delinquent $3,094.76 with another payment of $660.00 due on 5/20/10. The Trustee will be simultaneously filing a Dismissal Order on this case for failure to comply with the Recommendation, bring Plan payments current and resolve the unfiled tax returns with the State of Arizona for 2006 and 2008.

Dated: See Electronic Signature Block

                                                              Edward J. Maney, Trustee

| | |
|---|---|
| 1 | Copies of the foregoing mailed on See Electronic Signature Block to: |
| 2 | |
| 3 | Joseph W. Charles |
| 4 | P. O. Box 1737<br>Glendale, AZ   85311 |
| 5 | |
| 6 | James S. Card<br>2343 E. Riverdale Circle<br>Mesa, AZ   85213 |
| 7 | |
| 8 | |
| 9 | _____ |
| 10 | |
| ... | |
| 28 | |