1  BRIAN A. PAINO (AZ BN 027091)
   KYLE J. SHELTON (AZ BN 027379)
2  PITE DUNCAN, LLP
   4375 Jutland Drive, Suite 200
3  P.O. Box 17933
   San Diego, CA 92177-0933
4  Telephone: (858) 750-7600
   Facsimile: (619) 590-1385
5  kshelton@piteduncan.com

6  Attorneys for WELLS FARGO BANK, N.A., SUCCESSOR BY MERGER TO WELLS
   FARGO BANK SOUTHWEST, N.A. FORMERLY KNOWN AS WACHVOIA MORTGAGE,
7  FSB, FORMERLY KNOWN AS WORLD SAVINGS BANK, FSB

UNITED STATES BANKRUPTCY COURT

DISTRICT OF ARIZONA - PHOENIX DIVISION

| | |
|---|---|
| In re<br><br>JAMES S CARD,<br><br>    Debtor(s). | Case No. 2:09-bk-22479-CGC<br><br>Chapter 13<br><br>NOTICE OF CONTINUED HEARING ON MOTION FOR RELIEF FROM THE AUTOMATIC STAY |
| WELLS FARGO BANK, N.A., SUCCESSOR BY MERGER TO WELLS FARGO BANK SOUTHWEST, N.A. FORMERLY KNOWN AS WACHVOIA MORTGAGE, FSB, FORMERLY KNOWN AS WORLD SAVINGS BANK, FSB,<br><br>    Movant,<br>    vs.<br><br>JAMES S CARD, Debtor(s); and EDWARD J. MANEY, Chapter 13 Trustee,<br><br>    Respondents. | |

NOTICE IS GIVEN that a preliminary hearing on the above-referenced Motion for Relief

From the Automatic Stay filed on March 25, 2010, and entered as this Court's docket number 30 will

/./.

/./.

/./.

- 1 -

1 | be held on June 24, 2010 at 1:30 p.m., in the Courtroom of the Honorable Charles G. Case II, at 230
2 | North First Avenue, 6th Floor, Courtroom 601, Phoenix, AZ.
3 | Dated: June 2, 2010

PITE DUNCAN, LLP

KJS027379
KYLE J. SHELTON
WELLS FARGO BANK, N.A., SUCCESSOR BY MERGER TO WELLS FARGO BANK SOUTHWEST, N.A. FORMERLY KNOWN AS WACHVOIA MORTGAGE, FSB, FORMERLY KNOWN AS WORLD SAVINGS BANK, FSB