# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA
# Minute Entry

## Hearing Information:

|  |  |
|---|---|
| **Debtor:** | JAMES S CARD |
| **Case Number:** | 2:09-BK-22479-CGC **Chapter:** 13 |
| **Date / Time / Room:** | THURSDAY, MAY 27, 2010 01:30 PM 6TH FLOOR #601 |
| **Bankruptcy Judge:** | CHARLES G. CASE II |
| **Courtroom Clerk:** | RHONDA VAUGHAN |
| **Reporter / ECR:** | MARCO GARCIA |

## Matter:

MOTION FOR RELIEF FROM STAY RE: 2343 E RIVERDALE CIR, MESA, ARIZONA 85213-9749 FILED BY JOSEPHINE 2 PIRANIO OF PITE DUNCAN, LLP ON BEHALF OF WELLS FARGO BANK, N.A., SUCCESSOR BY MERGER TO WELLS FARGO BANK SOUTHWEST, N.A. FORMERLY KNOWN AS WACHVOIA MORTGAGE, FSB, FORMERLY KNOWN AS WORLD SAVINGS BANK, FSB .

R / M #: 30 / 0

## Appearances:

JOSEPH W. CHARLES, ATTORNEY FOR JAMES S CARD
KYLE SHELTON, ATTORNEY FOR WELLS FARGO BANK

## Proceedings:

COUNSEL REQUESTS THIS HEARING BE CONTINUED TO JUNE 24, 2010 AT 1:30 P.M.