ROBERT J. HOPP & ASSOCIATES, LLC
Kim R. Lepore, #019130
1366 E. Thomas Road, Suite 201
Phoenix, Arizona 85014
Phone: 866-620-8605
Attorneys for Movant

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF ARIZONA

| In re: | CHAPTER 13 |
|---|---|
| James S. Card, | CASE NO. 2:09-bk-22479-CGC |
| Debtor(s) | |
| BAC Home Loans Servicing, L.P. fka Countrywide Home Loan Servicing, L.P. and its successors and/or assignees, | **NOTICE OF FILING OF MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND REQUIREMENT TO FILE RESPONSE** |
| Movant, | (Re: 3423 E Angela Drive, Phoenix, Arizona 85032) |
| v. | |
| James S. Card and Edward J. Maney, Trustee | |
| Respondent(s). | |

**NOTICE IS HEREBY GIVEN** that the above Movant has filed its Motion for Relief from the Automatic Stay, on the real property commonly described as or known by 3423 E. Angela Drive, Phoenix, Arizona 85032 (the "Property").

**FURTHER NOTICE IS HEREBY GIVEN** that pursuant to Local Bankruptcy Rule 4001-1, if no written objection is filed with the Court and a copy served on Movant whose address is:

Kim R. Lepore, #019130
ROBERT J. HOPP & ASSOCIATES, LLC
1366 E. Thomas Road, Suite 201
Phoenix, Arizona 85014

**WITHIN FOURTEEN (14) DAYS** of service of the Motion, the Motion for Relief from the Automatic Stay may be granted without further hearing.

DATED: June 15, 2010

**ROBERT J. HOPP & ASSOCIATES, LLC**

/s/ Kim R. Lepore, #019130
1366 E. Thomas Road, Suite 201
Phoenix, AZ 85014
Phone: 866-620-8605
Attorneys for Movant