# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA
# Minute Entry

*Hearing Information:*

    **Debtor:** JAMES S CARD
    **Case Number:** 2:09-BK-22479-CGC      **Chapter:** 13
    **Date / Time / Room:** THURSDAY, JUNE 24, 2010 01:30 PM    6TH FLOOR #601
    **Bankruptcy Judge:** CHARLES G. CASE II
    **Courtroom Clerk:** RHONDA VAUGHAN
    **Reporter / ECR:** KARLA GAFNI

*Matter:*

MOTION FOR RELIEF FROM STAY RE: 2343 E RIVERDALE CIR, MESA, ARIZONA 85213-9749 FILED BY JOSEPHINE 2 PIRANIO OF PITE DUNCAN, LLP ON BEHALF OF WELLS FARGO BANK, N.A., SUCCESSOR BY MERGER TO WELLS FARGO BANK SOUTHWEST, N.A. FORMERLY KNOWN AS WACHVOIA MORTGAGE, FSB, FORMERLY KNOWN AS WORLD SAVINGS BANK, FSB .
R / M #:    30 / 0

*Appearances:*

    HARRY LENABURG, ATTORNEY FOR JAMES S CARD
    KYLE SHELTON, ATTORNEY FOR WELLS FARGO BANK

*Proceedings:*

Mr. Shelton was advised there is a sale in process that is not a short sale. He will agree to lift the automatic stay in 30 days and advises no Trustee sale has been noticed.

COURT: IT IS ORDERED LIFTING THE AUTOMATIC STAY IN 30 days. MR. SHELTON CAN SUBMIT AN ORDER.